UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **BENJAMIN HANSEN,** | |
| Plaintiff, | |
| v. | CIVIL NO. SA-14-CA-01070-FB |
| **ALAMO MOBILE X-RAY & EKG SERVICES, INC.,** | |
| Defendant. | |

## O R D E R

All matters for which this cause was referred to the Magistrate Judge having been considered and acted upon;

It is **ORDERED** that the above-entitled and numbered cause be, and it hereby is, **RETURNED** to the District Court for all purposes.

**SIGNED** February 10, 2016.

_____
JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE